**Motion Granted; Dismissed and Memorandum Opinion filed December 18, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00367-CV

## DONTERIAN G. HECTOR, Appellant

## V.

## ECONOMY MUD PRODUCTS COMPANY, Appellee

### On Appeal from the 334th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-36539

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed April 8, 2014, granting appellee's motion for summary judgment. On December 15, 2014, appellant filed a motion to dismiss the appeal because the parties have settled the underlying dispute. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.